

# Fourth Court of Appeals
## San Antonio, Texas

February 16, 2023

No. 04-22-00672-CV

**$8000.00 IN UNITED STATES CURRENCY** and a 2006 Harley Davidson FDX (VIN: 1HD1GP1156K304632),
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, Wilson County, Texas
Trial Court No. CVW2000726
Honorable Walden Shelton, Judge Presiding

## O R D E R

After Appellant filed his opening brief on January 5, 2023, the State's brief was due on February 6, 2023. *See* Tex. R. App. P. 38.6(b). On February 6, 2023, Appellant filed an amendment to his brief, which this court has accepted as a supplement. *See id*. R. 38.7. The State has not filed a brief. *Contra* R. 38.6(b).

If the State wishes to file a brief in this appeal, it is hereby **ordered** to file the response within **fourteen days** of the date of this order. *See id*. R. 38.6(d). If the State files no response within **fourteen days** of the date of this order, the appeal will be set for submission without a responsive brief. *See Jackson v. Tex. Bd. of Pardons & Paroles*, No. 01-03-00862-CV, 2008 WL 921035, at *1 n.2 (Tex. App.—Houston [1st Dist.] Apr. 3, 2008, no pet.) (mem. op.) ("'In a civil case, the court will accept as true the facts stated [in Appellant's brief] unless another party contradicts them.'" (alteration in original) (quoting Tex. R. App. P. 38.1(g))).

_Patricia O. Alvarez_
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of February, 2023.

FILE COPY



MICHAEL A. CRUZ, Clerk of Court